## SALT LAKE CITY v. REVENE.

No. 6330.   Decided July 1, 1942.   (127 P. 2d 254.)

See 43 C. J., Municipal Corporations, sec. 735; 14 Am. Jur. 59.

*E. R. Christensen, A. Pratt Kesler, Gerald Irvine,* and *Clarence M. Beck,* all of Salt Lake City, for appellant.

*Clifford L. Ashton,* of Salt Lake City, for respondent.

PER CURIAM.

By inadvertence costs in this case were allowed against the city. This was error. See *Nephi City* v. *Forrest,* 41 Utah 433, 126 P. 332. That part of the decision which reads "costs to respondent" [124 P. 2d 537, 540] is hereby stricken and with that change the opinion and decision is confirmed.